**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                           Date:  April 2, 2015
Court Reporter:      Terri Lindblom

Criminal Action No. 15-cr-00027-MSK

_Parties_:                                                           _Counsel Appearing:_

UNITED STATES OF AMERICA,                          Peter McNeilly

            Plaintiff,

v.

ZA VUE,                                                          David Johnson

            Defendant.

---

**COURTROOM MINUTES**

---

HEARING:    Motions

**3:10 p.m.        Court in session.**

Defendant present on bond.

The Court addresses defendant's Motion to Continue Trial (**Doc. #28**).

Argument.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**       The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.  Defendant's Motion to Continue Trial (**Doc. #28**) is **GRANTED in part and DENIED in part**.  The trial currently scheduled to commence on **April 6, 2015 at 1:00 p.m. is**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**VACATED** and reset to **May 11, 2015 at 1:00 p.m.**  A Final Pretrial Conference is set on **April 28, 2015 at 4:00 p.m.**   No new motions deadline will be set.

The Court addresses Defendant's Motion to Disclose Grand Jury Material (**Doc. #30**).

No argument.

**ORDER:**     Defendant's Motion to Disclose Grand Jury Material (**Doc. #30**) is **GRANTED.** The Order attached to the proposed Motion shall become the Order of this Court.

**ORDER:**     Bond is continued.

**3:29 p.m.**     **Court in recess.**

**Total Time:**   **19 minutes.**
**Hearing concluded.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3